Date of Arrest: 05/31

# United States District Court

## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, <br><br> Vs. <br> Luis Alberto LOPEZ-Palacios <br> AKA: None Known <br> 079377422 <br> YOB: 1976 <br> Citizen of: Mexico <br><br> Defendant | Magistrate Case No. 22-1877MJ <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about May 31, 2022 Defendant Luis Alberto LOPEZ-Palacios, an alien, was found in the United States at or near Wellton, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of San Ysidro, California, on or about July 13, 2004. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*John Ballos*   For AUSA Tim Courchaine

*Michelle Hernandez*
Signature of Complainant

Anastasiya Katekhina
Border Patrol Agent

Sworn to before me and subscribed telephonically,

_____June 02, 2022_____  at  Yuma, Arizona
Date                                     City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

- 1 -

UNITED STATES OF AMERICA,

        Vs.

Luis Alberto LOPEZ-Palacios
AKA: None Known
079377422

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about May 31, 2022, near Wellton, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Los Angeles, California on or about July 13, 2004. The Defendant has been removed on one previous occasion. The Defendant was most recently removed on or about July 13, 2004, through the port of San Ysidro, California, subsequent to a conviction in a Superior Court, State of California, County of Los Angeles, on or about December 07, 2001, for the crime of sexual penetration with force, a felony.

Agents determined that on or about May 29, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Harley Lozano, Robert Nolen, SBPA Luis Rivera Novales.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Luis Encinas-Lizarraga.

*Michelle Hernandez*
Signature of Complainant

Sworn to before me and subscribed telephonically,

June 02, 2022
Date

Signature of Judicial Officer